07 CIV 7763

438-07/MEU
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
GLORY WEALTH SHIPPING SERVICE LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GLORY WEALTH SHIPPING SERVICE LTD.,   07 CIV.        (    )

                              Plaintiff,   **RULE 7.1 STATEMENT**

       -against-

STX PANOCEAN CO. LTD.,

                            Defendants.
-----------------------------------------------------------------x

        GLORY WEALTH SHIPPING SERVICE LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

[Stamp: RECEIVED AUG 31 2007 U.S.D.C. S.D.N.Y. CASHIERS]

Dated: New York, New York
       August 31, 2007

                         FREEHILL HOGAN & MAHAR, LLP
                         Attorneys for Plaintiff
                         GLORY WEALTH SHIPPING SERVICE LTD.

  By:   _/s/ Michael E. Unger_____
               Michael E. Unger (MU 0045)
               80 Pine Street
               New York, NY 10005
               Telephone: (212) 425-1900
               Facsimile: (212) 425-1901

NYDOCS1/289455.1