Sullivan, T

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED. 9/20/07
```

438-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
GLORY WEALTH SHIPPING SERVICE LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GLORY WEALTH SHIPPING SERVICE LTD.,         07 cv 7763 (RJS)

     Plaintiff,
-against-                                   **NOTICE OF VOLUNTARY**
              **DISMISSAL**
STX PAN OCEAN CO. LTD.,
     Defendants.
------------------------------------------------------------x

  PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff as to the named Defendant pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. No costs are to be assessed to any party.

  FURTHERMORE, as Defendant has exchanged acceptable security for the underlying claims with the Plaintiff, all property, including assets, accounts, electronic fund transfers, funds, etc., of Defendant STX PAN OCEAN CO. LTD., currently attached and held by any and all garnishee banks pursuant to the Court's Order for Issuance of Process of Maritime Attachment, dated August 31, 2007, and corresponding Process of Maritime Attachment and Garnishment, including any Supplemental Process, are to be released to the Defendant (i.e., allow wire transfers to proceed as per their original routing instructions, unless otherwise directed) and said attachments are vacated.

Dated: New York, New York
   September 17, 2007      FREEHILL HOGAN & MAHAR, LLP
                  Attorneys for Plaintiff
                  GLORY WEALTH SHIPPING SERVICE LTD.

                  _____
"SO ORDERED"          Michael E. Unger (MU0045)
                  80 Pine Street
Hon. Richard J. Sullivan, U.S.D.J.    New York, NY 10005

NYDOCS1/290407.1  9/18/07